```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BETTY BYNUM,

                Plaintiff,

-against-

PENGUIN RANDOM HOUSE LLC;
NANCY PAULSON BOOKS; DOES 1-50,

                Defendants.

22-CV-7500 (GHW)

ORDER OF SERVICE

GREGORY H. WOODS, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.[1]

    The Clerk of Court is directed to issue summonses as to Defendants Penguin Random House LLC and Nancy Paulson Books. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    SO ORDERED.

Dated: October 4, 2022
New York, New York

                                    GREGORY H. WOODS
                                    United States District Judge

---

[1] By order dated September 21, 2022, Chief Judge Laura Taylor Swain directed Plaintiff to either pay the $402.00 in fees required to file a case in this court or to submit an application to proceed *in forma pauperis*, that is, without prepayment of fees. Plaintiff paid the fees on October 3, 2022.