```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/8/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BETTY BYNUM,

        Plaintiff,

   -v -

PENGUIN RANDOM HOUSE LLC, *et al.*,

        Defendants.
----------------------------------------------------------------- X

1:22-cv-7500-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

  For the reasons stated on the record during the conference held on January 6, 2023, Plaintiff is granted leave to amend the complaint. Dkt. No. 1. Plaintiff is directed to file her amended complaint by no later than January 20, 2023. Pursuant to FRCP 15(a)(3), the deadline for Defendants to answer or otherwise respond to the amended complaint is 14 days after the date of service of the amended complaint.

  SO ORDERED.

Dated:  January 8, 2023
New York, New York

                _____
                GREGORY H. WOODS
               United States District Judge