USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DREAMTITLE PUBLISHING, LLC, A         :
CALIFORNIA COMPANY,                    :
                                       :
                      Plaintiff,    :    1:22-cv-7500-GHW
                                       :
        -against-                    :    <u>ORDER</u>
                                       :
PENGUIN RANDOM HOUSE LLC, A            :
DELAWARE COMPANY, *et al.,*            :
                                       :
                    Defendants.   :
                                       :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    Plaintiff is directed to file on ECF a letter attaching a copy of the front cover of the work *I'm a Brilliant Little Black Boy* no later than June 30, 2023 with any appropriate watermark.

    SO ORDERED.

Dated: June 29, 2023
       New York, New York

                                                              GREGORY H. WOODS
                                                   United States District Judge