**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DREAMTITLE PUBLISHING, LLC, A
CALIFORNIA COMPANY,

                  Plaintiff,

  -against-                                       22 **CIVIL** 7500 (GHW)

                                                                   **JUDGMENT**

PENGUIN RANDOM HOUSE LLC, A
DELAWARE COMPANY, et al.,,

                 Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 5, 2023, Defendants' motion to dismiss Plaintiff's claim is GRANTED with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      July 6, 2023

                                                                 **RUBY J. KRAJICK**

                                                                        **Clerk of Court**

                            **BY:**

                                                                       **Deputy Clerk**